Fill in this information to identify the case:

Debtor name: **Current Energy, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sunflower Bank SBA 9001** 1400 16th Street Mall Suite 250 Denver, CO 80202 | | | | $1,974,534.45 | $0.00 | $1,974,534.45 |
| **Paula Walbert** 170 Osprey Circle Carbondale, CO 81623 | | | | $1,158,999.61 | $0.00 | $1,158,999.61 |
| **John Scarborough** 621 South Sherman Street Denver, CO 80209 | | | | | | $910,500.00 |
| **Sunflower Bank 9005** 1400 16th Street Mall Denver, CO 80202 | | | | $748,100.36 | $0.00 | $748,100.36 |
| **CED** 2405 West 5th Avenue Denver, CO 80204 | | | | | | $667,828.57 |
| **Sunflower Bank 2179** 1400 16th Street Mall Suite 250 Denver, CO 80202 | | | | | | $618,910.99 |
| **S&S Enterprises Electric** 6335 South Nelson Way Littleton, CO 80127 | | | | | | $291,803.00 |

Debtor **Current Energy, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Constrator<br>66 Hudson Blvd. East<br>23rd Floor<br>New York, NY 10001 | | | | | | $274,386.18 |
| Elliott Electric Supply<br>10070 East 40th Avenue<br>Denver, CO 80238 | | | | | | $243,584.49 |
| Christine Walsh<br>2224 North Humboldt Street<br>Denver, CO 80205 | | | | | | $240,500.00 |
| Crescent Electric Supply Company<br>P.O. Box 500 East<br>East Dubuque, IL 61025-4418 | | | | | | $215,218.52 |
| Feuerstein Seller Financing<br>100 Fillmore Street<br>Suite 500<br>Denver, CO 80206 | | | | | | $214,335.01 |
| Rexel<br>18150 East 32nd Place<br>Unit B-500<br>Aurora, CO 80011 | | | | | | $207,716.42 |
| Electric Tech<br>409 3rd Street SW<br>Washington, DC 20416 | | | | | | $131,043.11 |
| Kathie Scarborough<br>8404 Muldoon Court<br>Suite 300<br>Henrico, VA 23228 | | | | | | $115,000.00 |
| Winsupply<br>P.O. Box 17825<br>Portland, ME 04112 | | | | | | $100,404.55 |
| Silicon STEM Academy<br>1955 East Arizona Avenue<br>Suite 210<br>Denver, CO 80210 | | | | | | $82,000.00 |
| The Hiller Companies LLC<br>P.O. Box 842390<br>Los Angeles, CA 90084-2390 | | | | | | $77,902.91 |

Debtor **Current Energy, LLC**　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kenny Electric**<br>**595 Quivas Street**<br>**Denver, CO 80204** | | | | | | **$75,868.25** |
| **X3 Tradesman Colorado LLC**<br>**1549 West 7800 South**<br>**West Jordan, UT 84088** | | | | | | **$73,620.85** |